# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI-LIN DU; MENG-QUI DONG, | CASE NO. 06CV1550 BEN (CAB) |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizen and Immigration Services; ROBERT MUELLER; Director of Federal Bureau of Investigation, | |
| Defendant. | |

Upon due consideration of Plaintiff's Motion to Dismiss Without Prejudice and the papers submitted therewith, the Court hereby orders this action dismissed without prejudice, on the basis that the Complaint is now moot.

IT IS SO ORDERED.

DATED:  December 13, 2006

_____
Hon. Roger T. Benitez
United States District Judge